The MacLea Co. did not owe anything in excess of $385,561.46. The expenditures made and losses incurred in carrying on trading operations on other goods greatly exceeded the MacLea indebtedness and should not be added to its account, if any indebtedness in fact existed after the receipt by the taxpayer of the MacLea merchandise.

It follows from what has been said that the loss of $315,846.24 sustained by the taxpayer was not on a debt ascertained to be worthless and charged off in the taxable year ended May 31, 1918, but was a loss incurred in trade or business over the entire period from October 30, 1912, to May 31, 1918, inclusive. The taxpayer was, therefore, not entitled to deduct that amount in computing its net income for the fiscal year ended May 31, 1918.

With respect to the second issue raised by the taxpayer, we conclude that the action of the Commissioner should be approved. The taxpayer kept no inventories of the merchandise acquired from the R. B. MacLea Co., or of the other merchandise purchased and sold in connection therewith. It is, therefore, impossible to determine accurately the actual loss in any one year, and, under the circumstances, we are of the opinion that there is no fairer or more equitable solution of the problem, both to the taxpayer and the Government, than to allocate the loss to the several taxable years, included in the period October 30, 1912, to May 31, 1918, in the proportion that the amount of sales in each year bore to the whole amount of sales. That is what the Commissioner has done.

---

Appeal of **HENRY HIRSCHMANN**, as executor, and **KATIE H. WEINBERG**, as executrix, estate of **SOLOMON HIRSCHMANN**.            Docket No. 685.

The deficiency is determined in accordance with stipulation filed by counsel.

Submitted March 11, 1925; decided March 16, 1925.

*J. N. Nathans, Esq.*, for the taxpayer.
*L. C. Mitchell, Esq.*, for the Commissioner.

Before GRAUPNER, LANSDON, LITTLETON, and SMITH.

This appeal involves a deficiency in estate tax as set forth in the Commissioner's deficiency letter of October 4, 1924. Counsel for the Commissioner and the taxpayer filed a stipulation with the Board whereby it is agreed that a deficiency of $376.84 exists.

DECISION.

In accordance with the stipulation, the taxpayer's deficiency in estate tax is determined to be $376.84.